# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,                )
                                         )
      Plaintiff,                         )
                                         )
v.                                       )    No. 3:06-cr-0034-2
                                         )    Chief Judge Haynes
CARL PATRICK BULLARD,                     )
                                         )
      Defendant.                         )

## O R D E R

A revocation hearing is set in this action for **Friday, October 18, 2013 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _____ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court